**EDWARD P. FITCH, OSB # 782026**
Fitch Law Group, P.C.
Email:  ed@fitchlawgroup.com
210 S.W. Fifth Street, Suite 2
Redmond, OR 97756
Telephone:  (541) 316-1588
Telefax:  (541) 316-1943
  *Of Attorneys for Plaintiffs*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903530**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1024
Telefax:  (503) 727-1117
  *Of Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon Limited Liability Company, and WAIBEL PROPERTIES, LCC, an Oregon Limited Liability Company,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>*Defendant.* | Case No.: 2:15-cv-2071-SU<br><br>**PARTIES' JOINT NOTICE OF MODIFICATION OF MUTUAL UNDERSTANDING ON WHICH THE PENDING EXTENDED STAY OF PROCEEDINGS IS BASED** |

The parties in the above-captioned action, Plaintiffs Waibel Ranches, LLC, and Waibel

Page 1 – JT. NOT. OF MODIFICATION TO BASIS OF EXTENDED PENDING STAY
    *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

Properties, LLC, and Defendant Bureau of Land Management ("BLM"), hereby respectfully and jointly give notice to the Court of a modification to which they have recently agreed in the mutually acceptable conditions and understanding on which they based their joint motion for further extended stay of proceedings filed on May 20, 2016 (Dkt. #30), which the Court granted (Dkt. #31) and has since extended three times upon the parties' motions (Dkt. ## 35, 38, & 42). The parties would note that, other than the single modification expressly set forth below, all other provisions in the Joint Motion for Further Extended Stay of Proceedings (Dkt. #30) remain unchanged and part of the basis of the mutually acceptable conditions and understanding on which they pending stay of proceedings in this case are based. Moreover, the parties would further advise that they would respectfully ask the Court to construe the present joint notice as a joint motion if the Court believes that would be the appropriate vehicle for modifying their mutually acceptable conditions and understanding on which the pending stay is based.

Therefore, in light of and consistent with the foregoing, the parties would give notice that they have agreed to replace the second sentence of the only full paragraph on p. 10 of the Joint Motion for Further Extended Stay of Proceedings (Dkt. #30), which presently states, "If the New Road is still not completed and open for public access as described above by Aug. 1, 2017, Plaintiffs agree that they would as of that date open the existing gates on Teaters Road to allow for such access until such time as the New Road is completed," with the following language:

"If the New Road is still not completed and open for public access as described above by Aug. 1, 2017, Plaintiffs agree to the following mutually acceptable terms and conditions that they have worked out with BLM and representatives of the County with respect to the dates and hours the existing gates on Teaters Road will be open to allow for such access (or closed to such access):

Page 2 – JT. NOT. OF MODIFICATION TO BASIS OF EXTENDED PENDING STAY
*Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

"(1) Subject to the exceptions and conditions below, beginning Aug. 1, 2017, the existing gates on Teaters Road will be open every day from 6:00 p.m. until the following morning at 6:00 a.m., at which time Plaintiffs intend to reclose them to avoid the potential hazards that might otherwise arise to members of the public from encountering heavy construction equipment that will be using Teaters Road during construction of the New Road.

"(2) When the existing gates on Teaters Road are open at 6:00 p.m. on Fridays in accordance with paragraph (1), above, they will not be reclosed until Monday morning at 6:00 am so as to provide members of the public with access to use of Teaters Road during all weekend hours, when the use of Teaters Road by heavy construction equipment associated with construction of the New Road will not occur.

"(3) From Aug. 17-24, 2017, inclusive, the existing gates on Teaters Road will not be opened as described in paragraphs (1) and (2), above, and will remain closed to public access so that Teaters Road will be available for use as necessary for emergency egress or other public-safety needs that might arise during the influx of visitors to the general vicinity to observe and participate in events associated with the total solar eclipse on Aug. 21; in the event any such need arises, Waibel Ranches and its contractor(s) agree to immediately cease any and all activities associated with construction of the New Road or that otherwise may hinder use of Teaters Road to effectively meet such needs, and to provide for opening of the existing gates without delay.[1]

---

[1] In addition, irrespective of the date, in the event an emergency or other incident involving public safety arises while the existing gates are scheduled to be closed on Teaters Road as provided in paragraph (1), Waibel Ranches and its contractor(s) agree to immediately cease any and all activities associated with construction of the New Road or that otherwise may hinder use of Teaters Road for purposes of effectively responding to any such emergency or incident.

Page 3 – JT. NOT. OF MODIFICATION TO BASIS OF EXTENDED PENDING STAY
*Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

"(4) The existing gates on Teaters Road will be opened and remain open irrespective of the hour of day, notwithstanding the understanding set forth in paragraphs (1) and (2) above, on the first date that Teaters Road is no longer needed for use in connection with construction of the New Road, or Nov. 1, 2017, whichever occurs first, until such time as construction of the New Road is completed and has become available for public use as otherwise described in this stipulation."

Jointly and respectfully submitted this 7th day of Aug. 2017.

**BILLY J. WILLIAMS**
United States Attorney
District of Oregon

*s/ Edward P. Fitch*
EDWARD P. FITCH
Fitch Law Group, P.C.
 Of Attorneys for Plaintiffs

*s/ Stephen J. Odell*
STEPHEN J. ODELL
Assistant United States Attorney
 Of Attorneys for Defendant