**EDWARD P. FITCH, OSB # 782026**
Fitch Law Group, P.C.
ed@fitchlawgroup.com
210 S.W. Fifth Street, Suite 2
Redmond, OR 97756
Telephone:  (541) 316-1588
Telefax:  (541) 316-1943
 *Of Attorneys for Plaintiffs*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903530**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1024
Telefax:  (503) 727-1117
 *Of Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

|  |  |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon Limited Liability Company, and WAIBEL PROPERTIES, LCC, an Oregon Limited Liability Company, | Case No.: 2:15-cv-2071-SU |
| *Plaintiffs,* | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| *Defendant.* | |

In accordance with the Minute Order the Court issued May 16, 2018 (Dkt. # 49) calling for

Page 1 – JOINT STATUS REPORT
    *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

the parties to continue to submit quarterly joint status reports and the representation of the parties in the last Joint Status Report and Joint Motion for an Extension of Stay of Proceedings they filed on May 10, 2018 (Dkt. #48), Plaintiffs Waibel Ranches, LLC, and Waibel Properties, LLC, and Defendant Bureau of Land Management ("BLM") hereby respectfully submit this further joint status report in the above-captioned action.  As the Court is aware based on representations the parties made during the status-conference call over which it presided on Sept. 21, 2016 (Dkt. #37), the parties have reached a mutually acceptable understanding based on their jointly held desire to accomplish the three following primary objectives:  (1) restoring public access from Highway 380 to the public lands and National Forest System lands that lie to the north of Plaintiffs' property in a timely fashion; (2) ensuring compliance with all applicable laws and regulations; (3) achieving a mutually acceptable resolution that will obviate the need to litigate the claims in this Court, thereby allowing the parties to devote their energies and resources toward pursuing, reaching, and implementing such a resolution instead of expending them on any such litigation if possible.

In light of their mutually acceptable understanding in this regard, the parties have jointly moved for, and the Court granted, an extended stay of proceedings that has been continued several times, most recently through the end of June 2018 (Dkt. #42).  The Court also directed the parties to make quarterly joint status reports during the pendency of the stay, which they have done (Dkt. ## 46, 47, & 48).

In their last Joint Status Report (Dkt. #48), the parties explained that Crook County has assumed ownership over the new road that Plaintiffs recently had built on their property and has formally offered to convey to BLM an easement and/or right-of-way in that new road to allow for the road's use by federal agencies and the public, all as described in the parties' initial motion

for an extended stay of proceedings (Dkt. #30).  The County has also accepted the new road from Plaintiffs as a Local Access Road (Public Way) and is keeping the road open and making it available for public use.  Plaintiffs have formally requested that BLM consider as part of the same process by which it intends to evaluate the County's request for the agency to assume maintenance of the new road the potential disposition of the 160-acre federal parcel that BLM manages within the Ranch's borders via sale or exchange.  Completing this process, regardless of its ultimate scope, will require BLM to undertake an environmental analysis consistent with the National Environmental Policy Act as well as a series of related requisite realty actions.

Since the filing of their last Joint Status Report, and as part of various initial steps BLM must take to carry out the process delineated in the foregoing paragraph, the parties have been engaged in discussions over whether the new road that Plaintiffs had built is, as constructed, wholly consistent with the intended standards and criteria set forth with particularity in the parties' initial motion for an extended stay (Dkt. #30, esp. pp. 3-4).  Toward this end, and more specifically, and to ensure it is fully cognizant of the degree to which such consistency exists so that its analysis and related realty actions are informed by accurate and sound data, BLM has asked for "as-built" drawings of the new road.  In response to BLM's requests in this vein, Plaintiffs are working with the contractor who built the new road to evaluate its condition and assess its consistency with the intended standards and criteria.  This evaluation and the parties' discussions are ongoing, and the parties are committed to continuing to work in good faith to resolve these issues in the same spirit of cooperation that has characterized their efforts at working together to this point that has allowed them to avoid litigation of Plaintiffs' claims.

Finally, consistent with the Court's direction in its last Minute Order (Dkt. #48) and the practice they have followed to this point during the pending stay of proceedings, the parties

Page 3 – JOINT STATUS REPORT
        *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

intend to file another joint status report in approximately every three months from today's date.

Jointly and respectfully submitted this 7th day of September 2018.

**BILLY J. WILLIAMS**
United States Attorney
District of Oregon

*s/ Edward P. Fitch*
EDWARD P. FITCH
Fitch Law Group, P.C.
 Of Attorneys for Plaintiffs

*s/ Stephen J. Odell*
STEPHEN J. ODELL
Assistant United States Attorney
 Of Attorneys for Defendant