**EDWARD P. FITCH, OSB # 782026**
Fitch Law Group, P.C.
ed@fitchlawgroup.com
210 S.W. Fifth Street, Suite 2
Redmond, OR 97756
Telephone:  (541) 316-1588
Telefax:  (541) 316-1943
 *Of Attorneys for Plaintiffs*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**STEPHEN J. ODELL, OSB # 903530**
Assistant United States Attorney
steve.odell@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1024
Telefax:  (503) 727-1117
 *Of Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon Limited Liability Company, and WAIBEL PROPERTIES, LCC, an Oregon Limited Liability Company,<br><br>   *Plaintiffs,*<br><br>   v.<br><br>UNITED STATES BUREAU OF LAND MANAGEMENT,<br><br>   *Defendant.* | Case No.: 2:15-cv-2071-SU<br><br>**JOINT MOTION TO EXTEND PENDING STAY OF PROCEEDINGS FOR FURTHER THREE MONTHS**<br><br>*Expedited Consideration & Ruling Respectfully Requested* |

Page 1 – JOINT MOTION TO EXTEND STAY FOR FURTHER THREE MONTHS
 *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

Given the expiration of the pending stay this same date in the above-captioned action (Dkt. # 49), Plaintiffs Waibel Ranches, LLC, and Waibel Properties, LLC, and Defendant Bureau of Land Management ("BLM") hereby respectfully jointly move to extend the stay currently in effect for another three months, through September 30, 2019. As the Court is aware based on representations the parties made during the status-conference call over which it presided on Sept. 21, 2016 (Dkt. #37), the parties have reached a mutually acceptable understanding based on their jointly held desire to accomplish the three following primary objectives: (1) restoring public access from Highway 380 to the public lands and National Forest System lands that lie to the north of Plaintiffs' property in a timely fashion; (2) ensuring compliance with all applicable laws and regulations; (3) achieving a mutually acceptable resolution that will obviate the need to litigate the claims in this Court, thereby allowing the parties to devote their energies and resources toward pursuing, reaching, and implementing such a resolution instead of expending them on any such litigation if possible.

In light of their mutually acceptable understanding in this regard, the parties have jointly moved for, and the Court has granted, an extended stay of proceedings that has been continued several times, most recently through the end of June 2019 (Dkt. #49). The parties have also filed regular joint status reports during the pendency of the stay (Dkt. ## 50 & 51), and they and their counsel have also continued to meet and confer periodically on their ongoing efforts to proceed in accordance with their mutual understanding described in their initial motion for an extended stay of proceedings (Dkt. #30). Moreover, consistent with the practice they have followed to this point throughout the pending stay of proceedings, the parties intend to continue to file joint status reports on a regular basis for so long as the stay remains in effect, and to that end, would plan to file at least one further such report prior to the end of the period for which this joint motion seeks

Page 2 – JOINT MOTION TO EXTEND STAY FOR FURTHER THREE MONTHS
*Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

to have the pending stay extended, *i.e.*, before September 30, 2019.

For the foregoing reasons and pursuant to the foregoing representations, the parties jointly and respectfully move the Court to extend the pending stay by three months, through September 30, 2019.

Jointly and respectfully submitted this 30th day of June 2019.

**BILLY J. WILLIAMS**
United States Attorney
District of Oregon

*s/ Edward P. Fitch*                *s/ Stephen J. Odell*
EDWARD P. FITCH                STEPHEN J. ODELL
Fitch Law Group, P.C.           Assistant United States Attorney
 Of Attorneys for Plaintiffs        Of Attorneys for Defendant