**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
Sean.martin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1010
        *Of Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon Limited Liability Company, and WAIBEL PROPERTIES, LLC, an Oregon Limited Liability Company, | Case No.: 2:15-cv-2071-SU |
| *Plaintiffs,* | **DEFENDANT'S STATUS REPORT** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| *Defendant.* | |

Defendant provides this status report pursuant to this Court's order of

January 2, 2020.  ECF 56.  Undersigned counsel provided the language in the

paragraph below to Plaintiffs' counsel prior to 9am today with regard to the

Page 1 – DEFENDANT'S STATUS RPT.
    *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

government's perspective, and requested Plaintiffs' perspective to include in a joint status report.  Undersigned counsel did not receive the requested information prior to 7pm, and Defendant is therefore filing this status report rather than a joint status report.  Defendant believes a telephonic status conference with this Court may be warranted.

The perspective of Defendant, the U.S. Bureau of Land Management, is that court-ordered or court-sponsored mediation is appropriate at this juncture.  The parties have otherwise not yet succeeded in resolving their differences in this litigation, and Defendant is concerned that simply again extending the existing litigation stay may impair Defendant's goals of ensuring safe, appropriate access to public lands given the approaching fire season and with regard to other land management priorities.   Defendant therefore believes a relatively brief 60-day stay is now appropriate, in conjunction with court-ordered or court-sponsored mediation.

Dated this 30th day of April, 2020.

Respectfully submitted,

BILLY J. WILLIAMS
United States Attorney
District of Oregon

*s/ Sean E. Martin*
SEAN E. MARTIN
Assistant United States Attorney

.

Page 2 – DEFENDANT'S STATUS RPT.
  *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU