**EDWARD P. FITCH, OSB # 782026**
Fitch & Neary, P.C.
ed@fitchandneary.com
210 S.W. Fifth Street, Suite 2
Redmond, OR 97756
Telephone:  (541) 316-1588
Telefax:  (541) 316-1943
        *Of Attorneys for Plaintiffs*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
Sean.martin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1010
Telefax:  (503) 727-1117
        *Of Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon Limited Liability Company, and WAIBEL PROPERTIES, LLC, an Oregon Limited Liability Company, | Case No.: 2:15-cv-2071-SU |
| *Plaintiffs,* | **PLAINTIFFS' STATUS REPORT** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| *Defendant.* | |

Page 1 – PLAINTIFFS' STATUS REPORT
        *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

The perspective of plaintiff, Waibel Ranches, LLC and Waibel Properties, LLC ("Waibel Ranch") is that there is clear access to the federal lands north of Waibel Ranch.

In 2015, Waibel Ranch discovered that the easement through the middle of Waibel Ranch was not valid. There was a substantial gap in the legal description. Waibel Ranch initiated this litigation because of acts of vandalism, trespass and poaching on Waibel Ranch. After the litigation was filed to offer a settlement, Waibel Ranch proposed building a new road on the western edge of Waibel Ranch to the federal lands north of the Waibel Ranch. The Bureau of Land Management ("BLM") agreed to that process. The parties then worked together for months to develop a specific set of standards for construction of the new road.

Thereafter, at an expense of over $3,000,000, Waibel Ranch built the road with the assistance of Newton Engineering and Taylor Northwest. The road was completed in the fall of 2017 and has been utilized since then by the general public. It continues to be used at this time.

Waibel Ranch also believes that a 60-day stay is not sufficient. It is very difficult to schedule mediation in a meaningful manner under the current governor's order, vis-à-vis the COVID-19 Executive Order. A 120-day stay to allow for mediation would be more appropriate.

Dated this 1st day of May 2020.

Respectfully submitted,

*s/ Edward P. Fitch*
EDWARD P. FITCH
Fitch & Neary, P.C.

Page 2 – PLAINTIFFS' STATUS REPORT
*Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU