**EDWARD P. FITCH, OSB # 782026**
Fitch Law Group, P.C.
ed@fitchandneary.com
210 S.W. Fifth Street, Suite 2
Redmond, OR 97756
Telephone:  (541) 316-1588
Telefax:  (541) 316-1943
        *Of Attorneys for Plaintiffs*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
Sean.martin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1010
Telefax:  (503) 727-1117
        *Of Attorneys for Defendant*

### UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PENDLETON DIVISION

| | |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon Limited Liability Company, and WAIBEL PROPERTIES, LLC, an Oregon Limited Liability Company, | Case No.: 2:15-cv-2071-SU |
| *Plaintiffs,* | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |

Page 1 - JT. STATUS RPT.
        *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

*Defendant.*

The parties provide this joint status report per this Court's order of November 5, 2020.  ECF 75.

The parties have agreed to mediation proceedings with the Honorable Thomas M. Coffin that will occur through January 2021.  Given these proceedings, the parties request that the stay in this matter be extended for another 60 days and propose to file another status report by February 5, 2021.

Dated this 4th day of December, 2020.

Respectfully submitted,

*/s/ Edward P. Fitch*
EDWARD P. FITCH
Fitch Law Group, P.C.


BILLY J. WILLIAMS
United States Attorney
District of Oregon

*/s/ Sean E. Martin*
.                                     SEAN E. MARTIN
Assistant United States Attorney

Page 2 - JT. STATUS RPT.
        *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU