**EDWARD P. FITCH, OSB # 782026**
Fitch Law Group, P.C.
ed@fitchandneary.com
210 S.W. Fifth Street, Suite 2
Redmond, OR 97756
Telephone:  (541) 316-1588
        *Of Attorneys for Plaintiffs*

**BILLY J. WILLIAMS, OSB # 901366**
United States Attorney
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
Sean.martin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1010
        *Of Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon Limited Liability Company, and WAIBEL PROPERTIES, LLC, an Oregon Limited Liability Company, | Case No.: 2:15-cv-2071-SU |
| *Plaintiffs,* | **JOINT STATUS REPORT** |
| v. | |
| UNITED STATES BUREAU OF LAND MANAGEMENT, | |
| *Defendant.* | |

Page 1 - JT. STATUS RPT.
        *Waibel Ranches, LLC, v. Bureau of Land Management,* Case No. 2:15-cv-2071-SU

The parties provide this joint status report, per this Court's order of December 8, 2020.  ECF 78.

The parties remain in mediation proceedings with the Honorable Thomas M. Coffin, with a scheduled conference later this month.  Given the ongoing proceedings, the parties request that the stay in this matter be extended, and the parties propose to file another status report by April 2, 2021.

Dated this 2nd day of February, 2021.

Respectfully submitted,

*/s/ Edward P. Fitch*
EDWARD P. FITCH
Fitch Law Group, P.C.


BILLY J. WILLIAMS
United States Attorney
District of Oregon

*/s/ Sean E. Martin*
SEAN E. MARTIN
Assistant United States Attorney

.