**EDWARD P. FITCH, OSB # 782026**
Fitch Law Group, P.C.
ed@fitchandneary.com
210 S.W. Fifth Street, Suite 2
Redmond, OR 97756
Telephone:  (541) 316-1588
Telefax:  (541) 316-1943
        *Of Attorneys for Plaintiffs*

**SCOTT ERIK ASPHAUG, OSB # 833674**
Acting United States Attorney
**SEAN E. MARTIN, OSB # 054338**
Assistant United States Attorney
sean.martin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:  (503) 727-1000
Telefax:  (503) 727-1117
        *Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| WAIBEL RANCHES, LLC, and WAIBEL PROPERTIES, LLC, | |
| *Plaintiffs,* | Case No.: 2:15-cv-2071-HL |
| v. | **JOINT PROPOSED CASE MANAGEMENT ORDER** |
| UNITED STATES OF AMERICA; SECRETARY OF THE UNITED STATES FOR THE DEPARTMENT OF THE INTERIOR; DIRECTOR OF THE BUREAU OF LAND | |

Page 1 – Joint Proposed Case Management Order
        *Waibel Ranches, LLC, v. United States,* Case No. 2:15-cv-2071-HL

MANAGEMENT,

Defendants.

Pursuant to this Court's order of October 5, 2021 (ECF 102), the parties conferred and provide this joint proposed case management order. Each party may also be submitting a case management statement.

## I.    Pleadings.

The parties agree that Defendants will file their planned Fed. R. Civ. P. 12(b)(1) motion to dismiss the first amended complaint by November 12, 2021. Plaintiffs agree to file a response by December 3, 2021, and Defendants agree to file a reply by December 17, 2021.

Defendants agree to file an answer to the first amended complaint (if the case continues) within the deadline set forth in Fed. R. Civ. P. 12(a)(4)(A).

## II.    Discovery.

The parties agree to forgo initial disclosures under Fed. R. Civ. P. 26(a)(1). The parties believe it appropriate to await resolution of the motion to dismiss before commencing fact discovery (if the case continues), and the parties anticipate that fact discovery would likely take about six (6) months to complete. A subsequent, briefer period to allow for initial expert disclosures, rebuttal expert disclosures, and completion of expert discovery is also anticipated. The parties agree that a status conference to set discovery

deadlines, or a joint status report to propose discovery deadlines, would be appropriate following a ruling on the motion to dismiss.  The parties do not anticipate that any significant e-discovery would be needed in this case.  The parties agree that electronically stored information may be produced in .pdf format.

### III.    Motions for Summary Judgment.

The parties agree that motions for summary judgment would be filed within 60 days after the close of all discovery.

### IV.    ADR.

The parties participated in ADR proceedings in this action with the Honorable Thomas Coffin.  The prospects for further ADR proceedings are unknown at present.

### V.    Trial.

The parties agree to confer as soon as possible after the resolution of any motions for summary judgment (if the case continues), or within 30 days after the deadline for any motions for summary judgment if no motions are filed, and to request a status conference to set trial dates and a pretrial filing schedule.  Plaintiffs presently anticipate a five-day trial.  Defendants believe trial must be a bench trial in light of the claims in the first amended complaint.

Each party may also be submitting a case management statement.

Dated this 22nd day of October, 2021.

Respectfully submitted,

*s/ Edward P. Fitch*
EDWARD P. FITCH
Fitch Law Group, P.C.
   *For Plaintiffs*

SCOTT ERIK ASPHAUG
Acting United States Attorney
District of Oregon

*s/ Sean E. Martin*
SEAN E. MARTIN
.      Assistant United States Attorney
    *For Defendants*