# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PENDLETON DIVISION

| | |
|---|---|
| WAIBEL RANCHES, LLC, an Oregon limited liability company, and WAIBEL PROPERTIES, LLC an Oregon limited liability company,<br><br>       Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>       Defendant. | CASE NO:  2:15-CV-2071<br><br><br>PLAINTIFFS' REPLY IN OPPOSITION TO DEFENDANT UNITED STATES' MOTION FOR RELIEF UNDER 28 U.S.C. § 2409a(b) |

COMES NOW, Plaintiffs, by and through their attorney of record Edward P. Fitch of Fitch and Neary, P.C., and hereby submits their reply to *Defendant United States' Motion for Relief Under 28 U.S.C. § 2409a(b)*. Plaintiffs and Defendants shall hereinafter be collectively referred at as the "Parties". Plaintiffs' reply as follows:

## **REPLY**

The Defendant claims that they have already established that Plaintiffs inappropriately litigated their action of the Quiet Title Act.  The United States has not established anything at this time. They have claimed that Plaintiffs' Quiet Title action as to Claim No. 1 is inappropriate solely on the basis of the Statute of Limitations as to Claim No. 1. The United States has also indicated as to Claim No. 2, that the Statute of Limitations has run even though the agreement regarding title alleged in Claim No. 2 was reached in 2015 as alleged in Plaintiff's' Complaint and as established by the Declarations of Brad Waibel and Bob Williams submitted therewith,

PAGE 1 – PLAINTIFFS' REPLY IN OPPOSITION TO DEFENDANT UNITES STATES' MOTION FOR RELIEF UNDER 28 U.S.C. § 2409a(b)<br>*Waibel Ranches, LLC, et. al. vs. The United States of America.*<br>Case No. 2:25-CV-2071-SU

**FITCH & NEARY, P.C.**<br>210 SW 5th St., Suite 2<br>Redmond, OR 97756<br>Phone: 541-316-1588<br>Fax:  541-316-1943

including the admission of the Defendant that an agreement was reached regarding the old Teaters Road. In 2015 the Defendant and the Plaintiffs first agreed that there was a gap in the legal description in the 1964 Easement and that the Government did not have an interest in that portion of Teaters Road. Second, the Parties agreed that because the Government did not have an interest in a portion of the road and because of misuse of the Easement by the general public, that the road should be closed to the general public. There was no agreement reached in 2015 that the United States Forest Service would have access over Teaters Road for any logging operations. The agreement was only for use of that road for administrative purposes and access to the 160-acre BLM parcel within Waibel Ranch.

If anything has been established in this case, it is that the Government does not have an interest in a portion of Teaters Road. There is a definite gap in the legal description of the Easement. There is also compelling evidence that in the past the use of this gap area was permissive and therefore there is no evidence that anyone has a vested right to travel within that gap area without permission.

In 2016, the Plaintiffs and Government agreed that a new access road would be built. That road was to be built by the Plaintiffs at their sole expense. The Government established the standards for how the road was going to be built and imposed standards that would allow the new road to be used for haul purposes. (See Exhibits 1 to the March 24th Fitch Declaration, Pages 3 and 8).

Plaintiffs constructed the road in accordance with the specifications required by the Government. The road has been opened since 2017 for use as a haul road. A number of truckers have indicated that the road is an excellent road for haul purposes from the Federal lands north of

**FITCH & NEARY, P.C.**
210 SW 5th St., Suite 2
Redmond, OR 97756
Phone: 541-316-1588
Fax:  541-316-1943

Waibel Ranch to Highway 380.  (e.g. See Porfily Statement attached to Bob Williams March 23rd Declaration).

The old Teaters Road has been closed pursuant to the agreements reached between the Plaintiffs and the Government in 2015 and 2016. Plaintiffs have a right under those agreements to have the road closed except for Administrative access to the 160-acre BLM Parcel. (Exhibit 1 referenced above Page 8).

Because (1) the new road was built to the standards for a haul road as set by the Defendant and (2) the Defendant is party to the 2016 agreement to keep the old road closed (See Exhibit 1 attached hereto).  The defendant's Motion should be dismissed.

Dated this __/1__ day of April 2022.

FITCH & NEARY, P.C.

By: _____
Edward P. Fitch, OSB No. 782026
*Of Attorneys for Plaintiffs*

PAGE 3 – PLAINTIFFS' REPLY IN OPPOSITION TO DEFENDANT UNITES STATES' MOTION FOR RELIEF UNDER 28 U.S.C. § 2409a(b)
*Waibel Ranches, LLC, et. al. vs. The United States of America.*
Case No. 2:25-CV-2071-SU

**FITCH & NEARY, P.C.**
210 SW 5th St., Suite 2
Redmond, OR 97756
Phone:  541-316-1588
Fax:  541-316-1943

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing *Plaintiff's Reply in Opposition to Defendant United States' Motion for Relief Under 28 U.S.C. § 2409a(b)* on:

U.S. Attorney's Office
*ATTN: Mr. Sean E. Martin, Acting U.S. District Attorney of Oregon*
1000 SW 3rd Avenue, Ste. 600
Portland, OR  97204
E: sean.martin@usdoj.gov
*Attorney for Defendant*

by the following indicated method or methods:

_____         by **MAILING** a full, true, and correct copy thereof in a sealed first-class postage-prepaid envelope, addressed to the attorney(s) listed above, and deposited in the United States Postal Service at Redmond, Oregon, on the date set forth below.

\_\_X\_\_         by **EMAILING** a full, true, and correct copy thereof addressed to the attorney(s) listed above, at the email address listed above, on the date set forth below.

_____         by **FAXING** a full, true, and correct copy thereof to the attorney(s) at the fax number(s) shown above, on the date set forth below.

_____         by **HAND-DELIVERING** a full, true, and correct copy thereof to the attorney(s) listed above on the date set forth below.

_____         by **SENDING VIA OVERNIGHT DELIVERY** a full, true, and correct copy thereof in a sealed, postage-prepaid envelope, addressed to the attorney(s) listed above, on the date set forth below.

Dated this **11th** day of April 2022.

FITCH & NEARY, P.C.

By:   */s/ Edward P. Fitch*_____
Edward P. Fitch, OSB No. 782026
*Of Attorneys for Plaintiff*

PAGE 1 - CERTIFICATE OF SERVICE