UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 03 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WAIBEL RANCHES, LLC, an Oregon Limited Liability Company and WAIBEL PROPERTIES, LLC, an Oregon Limited Liability Company,

Plaintiffs - Appellants,

SOUTH FORK RANCH LLC,

Appellant,

v.

UNITED STATES OF AMERICA,

Defendant - Appellee.

No. 22-35703

D.C. No. 2:15-cv-02071-HL
U.S. District of Oregon, Pendleton

**MANDATE**

The judgment of this Court, entered July 12, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT